HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JEROME PRICE, CA Bar # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RAMON CANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-CR-00047 AWI-BAM-1 |
| *Plaintiff*, | |
| vs. | WAIVER OF DEFENDANT'S PERSONAL PRESENCE;  ORDER THEREON |
| RAMON CANO, | Magistrate Judge:  Hon. Barbara A. McAuliffe |
| *Defendant*. | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, RAMON CANO, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

Defendant makes this request because he resides in Bakersfield, California, and because of the time, distance and expense involved, travel to Fresno for court appearances would be both a financial and personal hardship.  Defendant wishes to limit the number of personal court appearances and minimize the time and expense of travel to court.

This request is made pursuant to Fed. R. Crim. P. 43(b)(3).

DATED: April 28, 2014                    /s/ *Ramon Cano*
                                         RAMON CANO
                                         (Original Signature in File)

DATED: April 28, 2014                    /s/ *Jerome Price*
                                         JEROME PRICE
                                         Assistant Federal Defender
                                         Attorney for Ramon Cano

# O R D E R

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:   **April 29, 2014**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE