HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
JEROME PRICE, CA Bar # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RAMON CANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:14-CR-00047 AWI-BAM-1 |
|---|---|---|
| *Plaintiff*, | ) ) | STIPULATION TO CONTINUE |
| vs. | ) ) | CHANGE OF PLEA HEARING; ORDER |
|  | ) ) | DATE: August 25, 2014 |
|  | ) | TIME:   10:00 a.m. |
| RAMON CANO, | ) ) | JUDGE: Hon. Anthony W. Ishii |
| *Defendant*. | ) |  |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney, Brian K. Delaney, Counsel for Plaintiff, and Assistant Federal Defender, Jerome Price, Counsel for Defendant, Ramon Cano, that the change of plea hearing set for July 28, 2014, before Judge Anthony Ishii, may be continued to August 25, 2014.

Defense counsel is scheduled to be out of the office through July 28, 2014, the date of the hearing.  This continuance is requested to allow continuity of counsel.  AUSA, Brian K. Delaney, has no objection.  The requested continuance will conserve time and resources for both counsel and the Court.

The parties agree that the delay resulting from the continuance shall be excluded in the interest of justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv).

/ / /

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 22, 2014           /s/ *Brian K. Delaney*
                               BRIAN K. DELANEY
                               Assistant United States Attorney
                               Attorneys for Plaintiff


                               HEATHER E. WILLIAMS
                               Federal Defender


DATED: July 22, 2014           /s/ *Jerome Price*
                               JEROME PRICE
                               Assistant Federal Defender
                               Attorney for Ramon Cano


**O R D E R**

IT IS SO ORDERED.

Dated:   July 22, 2014         _____
                               SENIOR  DISTRICT  JUDGE