HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAMON CANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-cr-00047-AWI-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| vs. | |
| RAMON CANO, | Date:   January 19, 2015 |
| | Time:  10:00 a.m. |
| Defendant. | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney, Brian K. Delaney, counsel for the plaintiff, and Assistant Federal Defender, Jerome Price, counsel for defendant, Ramon Cano, that the sentencing hearing currently set for December 15, 2014, at 10:00 a.m. **may be continued to January 19, 2015 at 10:00 a.m.**  The government is in agreement with this request.

The reason for the continuance is that defense counsel recently received mitigation documents in preparation the sentencing memorandum.  The continuance will allow time for defense counsel to review the documents and incorporate the mitigation evidence into arguments for sentencing.  As this is a sentencing hearing, no exclusion of time is necessary.

/ / /

/ / /

|   |   |
|---|---|
|   | Respectfully submitted,<br><br>BENJAMIN B. WAGNER<br>United States Attorney |
| Date:  December 11, 2014 | */s/ Brian K. Delaney*<br>BRIAN K. DELANEY<br>Assistant United States Attorney<br>Attorneys for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: December 11, 2014 | */s/  Jerome Price*<br>JEROME PRICE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>RAMON CANO |

**O R D E R**

For the reasons set forth above, the requested continuance is granted for good cause.  The sentencing hearing as to Ramon Cano currently set for December 15, 2014, at 10:00 a.m. is **continued to January 20, 2015, at 10:00 a.m. in Courtroom 2 before Senior District Judge Anthony W. Ishii.**

IT IS SO ORDERED.

Dated:   December 11, 2014                                                                          
                                                                              SENIOR  DISTRICT  JUDGE