1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  JEROME PRICE, SBN # 282400
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   RAMON CANO

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  Case No.  1:14-cr-00047-AWI-BAM-1
                                    )
12              Plaintiff,          )  STIPULATION AND ORDER TO
                                    )  CONTINUE SENTENCING HEARING
13 vs.                              )
                                    )
14 RAMON CANO,                      )  Date:   February 23, 2015
                                    )  Time:  10:00 a.m.
15              Defendant.          )  Judge: Hon. Anthony W. Ishii
                                    )
16 _____)

17     **IT IS HEREBY STIPULATED** by and between the parties through their respective

18 counsel, Assistant United States Attorney, Brian K. Delaney, counsel for the plaintiff, and

19 Assistant Federal Defender, Jerome Price, counsel for defendant, Ramon Cano, that the

20 sentencing hearing currently set for January 20, 2015, at 10:00 a.m. **may be continued to**

21 **February 23, 2015 at 10:00 a.m.**  The government is in agreement with this request.

22     The reason for the continuance is that defense counsel needs additional time to prepare

23 the sentencing memorandum.  The requested date is a mutually agreeable date for both parties.

24 As this is a sentencing hearing, no exclusion of time is necessary.

25 / / /

26 / / /

27 / / /

28

                              -1-

1

2                                      Respectfully submitted,

3
                                       BENJAMIN B. WAGNER
4                                      United States Attorney

5
Date:  January 14, 2014                 /s/ Brian K. Delaney
6                                      BRIAN K. DELANEY
                                       Assistant United States Attorney
7                                      Attorneys for Plaintiff

8
                                       HEATHER E. WILLIAMS
9                                      Federal Defender

10
Date: January 14, 2015                 /s/  Jerome Price
11                                     JEROME PRICE
                                       Assistant Federal Defender
12                                     Attorneys for Defendant
                                       RAMON CANO
13

14

15

16                              **O R D E R**

17        For the reasons set forth above, the requested continuance is granted for good cause.  The

18   sentencing hearing as to Ramon Cano currently set for January 20, 2015 is continued to February

19   23, 2015, at 10:00 a.m. in Courtroom 2 before Senior District Judge Anthony W. Ishii.

20

21   IT IS SO ORDERED.

22   Dated:   January 14, 2015          _____

23                                       SENIOR  DISTRICT  JUDGE

24

25

26

27

28

-2-