HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAMON CANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00047-AWI-BAM-1 |
| Plaintiff, | STIPULATION AND ORDER TO MODIFY THE SELF-SURRENDER DATE |
| vs. | |
| RAMON CANO, | Judge: Hon. Anthony W. Ishii |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney, Brian K. Delaney, Counsel for Plaintiff, and Assistant Federal Defender, Jerome Price, Counsel for Defendant, Ramon Cano, that the self-surrender date for service of sentence **may be continued** from April 6, 2015 to July 13, 2015.

                                                Respectfully submitted,

                                                BENJAMIN B. WAGNER
                                                United States Attorney

DATED: February 25, 2015             */s/ Brian K. Delaney*
                                                BRIAN K. DELANEY
                                                Assistant United States Attorney
                                                Attorneys for Plaintiff

1
2                                          HEATHER E. WILLIAMS
                                           Federal Defender
3
4   DATED: February 25, 2015         /s/ Jerome Price
                                           JEROME PRICE
5                                          Assistant Federal Defender
                                           Attorneys for Defendant
6                                          RAMON CANO
7
8
                                **O R D E R**
9
10       The above stipulation is accepted.  Having been sentenced to the custody of the Bureau of
11  Prisons, Defendant Ramon Cano, shall surrender to the institution designated by the Bureau of
12  Prisons, or if no such institution has been designated, to the United States Marshal's office in
13  Fresno, California before 2:00 p.m. on July 13, 2015.  The defendant is advised it is a criminal
14  offense punishable by a consecutive term of imprisonment to fail to surrender for service of
15  sentence pursuant to the order of this Court.  All conditions of Pretrial release shall remain in
16  effect until the defendant surrenders in accordance with this Order.
17
    IT IS SO ORDERED.
18
    Dated:   February 25, 2015              _____
19                                          SENIOR DISTRICT JUDGE
20

-2-