HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
RAMON CANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-cr-00047-AWI-BAM-1 |
| Plaintiff, | **REQUEST FOR A RECOMMENDATION FOR DEFENDANT TO BE DESIGNATED TO A MINIMUM SECURITY CAMP; ORDER** |
| vs. | |
| RAMON CANO, | |
| Defendant. | Judge: Hon. Anthony W. Ishii |

On Monday, February 23, 2015, Defendant Ramon Cano was sentenced by this Court to the custody of the Bureau of Prisons.  At the sentencing hearing, defense counsel asked for time to explore an issue regarding an institutional designation, before requesting a recommendation by the Court.  Defense counsel has had time to explore the necessary issues and now requests that the Court recommend that Mr. Cano be designated to a minimum security camp.  The government does not oppose this request.

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: February 25, 2015           /s/ Jerome Price
                                   JEROME PRICE
                                   Assistant Federal Defender
                                   Attorneys for Defendant
                                   RAMON CANO

**O R D E R**

In accordance with the above request, the Court hereby recommends that Defendant Ramon Cano be incarcerated at a minimum security camp, but only insofar as this recommendation accords with security classification and space availability.

IT IS SO ORDERED.

Dated:   February 25, 2015                 _____
                                           SENIOR DISTRICT JUDGE