HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, #221057
Assistant Federal Defender
JESSICA GANDARA
Certified Law Student
Office of the Federal Defender
2300 Tulare St, Ste 330
Fresno, CA 93721
Tel: 559-487-5561 / Fax: 559-487-5950

Attorneys for Defendant
RAMON CANO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-CR-00047-AWI-BAM |
| Plaintiff, | UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| v. | |
| RAMON CANO, | Judge: Hon. Anthony W. Ishii |
| Defendant. | |

**I.  INTRODUCTION**

Mr. Cano hereby moves the Court to terminate his term of supervised release pursuant to 18 U.S.C. § 3583(e)(1). The thirty-six month term of supervised release began on September 15, 2017. Mr. Cano has completed over twenty months of his supervisory term. His Probation Officer, Adrian Garcia, has reviewed this motion and has indicated to defense counsel that he does not oppose. The Government has reviewed a draft of this motion and indicated that it does not oppose. Accordingly, no hearing is being requested.

**II.  APPLICABLE LAW**

Title 18, section 3583(e)(1) of the United States Code authorizes the Court to terminate a defendant's term of supervised release at any time after the expiration of one year of supervision if the Court is "satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

Section 3583(e) directs the Court to consider the purposes of sentencing set forth in 18 U.S.C. § 3553(a)(1) (nature and circumstances of offense, and history and circumstances of defendant); 3553(a)(2)(b)(adequate deterrence to criminal conduct); 3553(a)(2)(C) (protect public from further crimes of defendant); (a)(2)(D)(provide needed training, care, or treatment); (a)(4) (kinds of sentence available); (a)(5) (policy statements); (a)(6) (avoid unwarranted disparities); and (a)(7) (restitution).

Pursuant to the Guide to Judiciary Policy, there is a presumption in favor of recommending early termination for supervisees after the first eighteen months if they are not "career violent and/or drug offenders, sex offenders, or terrorists," if they "present no identified risk to the public or victims," and if they are "free from any moderate or high severity violations." *Guide to Judiciary Policy*, Vol. 8E, Ch. 3 § 380.10(g), "Early Termination" (Monograph 109) (rev'd 2010).

On February 16, 2012, the Honorable Robert Holmes Bell, Chair of the Committee on Criminal Law of the Judicial Conference, issued a memorandum to all United States District Court Judges encouraging them to grant early termination of supervised release in appropriate cases as an effort to reduce expenditures in the probation and pretrial services programs. Terminating "appropriate cases before they reach their full term saves resources and allows officers to focus on offenders who continue to pose the greatest risk of recidivism." Judge Bell's memorandum notes that supervision costs approximately $3,938 per year per case. Analysis by the Administrative Office of the Courts indicates that offenders who received early termination were "arrested less often, for less serious charges, and were sentenced to terms of imprisonment less often." Accordingly, "[f]rom a policy standpoint, it appears that the above criteria, when properly applied, does not jeopardize public safety." *Id.*

**III.   MR. CANO SATISFIES ALL THE CRITERIA FOR EARLY TERMINATION**

Mr. Cano satisfies all factors set forth for early termination. As of May 2019, Mr. Cano has completed over twenty months of his thirty-six month term of supervision and does not require any programming or treatment. Mr. Cano emails a written report once a month to the Probation Officer, but requires no services. Mr. Cano has been fully compliant with all the

standard and special conditions of supervision. His Probation Officer supports this motion.

Mr. Cano pled guilty to Conspiracy to Provide and Possess Contraband in Prison on August 25, 2014. The case arose out of Mr. Cano's former employment with the BOP. Mr. Cano was sentenced on February 23, 2015 to a term of 30 months in custody, and a supervised release term of 36 months. He was released from custody in September 2017. Since his release, he has fully complied with all requirements of supervised release with no violations. Mr. Cano has demonstrated that he is more than capable of living a law-abiding life, being a productive member of society, and that further supervised release is not necessary to protect the public.

Mr. Cano has maintained stable and gainful employment since his release from custody. In July 2017, while Mr. Cano resided at a halfway house in Bakersfield, California, he began working at Rand Employment Solutions and continued to work there after his release until December 2017. Immediately after leaving Rand Staffing, Mr. Cano worked at Select Staffing in Bakersfield, California from December 2017 until March 2018. Mr. Cano has since shifted careers and currently works as a handyman for Durrett Painting. Since starting with Durrett Painting in December 2018, Mr. Cano has proven to be an exemplary employee. His supervisor has noted that he is "eager to learn" and has "exceed[ed] expectations" on jobs that he has been assigned to. Exh. A.

In addition to maintaining stable work, Mr. Cano has also been dedicated to furthering his education and trade skills since his release from custody. Mr. Cano completed several courses and training programs at Kern Community College from June 2018 until November 2018 and is currently enrolled in Bakersfield College. One of his professors at Bakersfield College noted that "over the course of [the] year, [Mr. Cano] has distinguished himself as a leader" and "[h]is eagerness to learn, attention to detail and his desire to help his fellow students truly has set Ramon apart from his peers." Exh. B. Mr. Cano has also successfully earned approximately seven different certifications in fields such as Electrical Maintenance, Industrial Maintenance Mechanics, and Hazard Energy Control and additionally he has also obtained certifications from companies including SoCal Gas and Occupational Safety and Health Administration. Exh. C.

Currently, Mr. Cano would like to take the next step in his career and life and plans to

join the Army. Most of Mr. Cano's family members have served in different branches of the military and now Mr. Cano would like to follow in their footsteps. He has a strong desire to serve the county, protect citizens, and be in uniform. Mr. Cano is motivated to make a more fulfilling life for himself, his fiancé, three children, and five stepchildren. However, Mr. Cano's status on supervised release has prevented him from enlisting in the Army. Terminating Mr. Cano's supervised release would enable him to enlist in the Army and would give him the opportunity to take this next step in his life.

Mr. Cano has demonstrated that he is capable of living a law-abiding life. He has complied with all the requirements of his supervised release according to the probation officer. Mr. Cano has achieved success in community college, is a hardworking and valued employee, and is financially self-sufficient. Mr. Cano has fully reintegrated into the community and does not need supervised release to provide him with any educational or vocational training, medical care, or any other correctional treatment.

Mr. Cano satisfies every factor for consideration in 18 U.S.C. § 3583(e). Given Mr. Cano's commendable rehabilitative efforts, outstanding performance on supervised release, and the support of the Probation Office for this motion, he respectfully requests that the Court order that his term of supervision be terminated under 18 U.S.C. § 3583(e). Both Mr. Cano's probation officer and the government has indicated that it will not oppose this motion. Exh. D.

Dated: May 31, 2019

                                                     Respectfully Submitted,

                                                     HEATHER E. WILLIAMS
                                                     Federal Defender

                                                     /s/ CHARLES LEE
                                                     Attorney for Defendant

                                                     /s/ *JESSICA GANDARA*
                                                     JESSICA GANDARA
                                                     Certified Law Student

**O R D E R**

Pursuant to 18 U.S.C §3583(e)(1), the Court hereby TERMINATES the term of supervised release imposed in this case forthwith and discharges RAMON CANO for the reasons set forth above.

IT IS SO ORDERED.

Dated: <u>  May 31, 2019  </u>           _____
                                         SENIOR DISTRICT JUDGE